United States Court of Appeals
For the Eighth Circuit

No. 19-1948

---

Sarasota Wine Market, LLC, d/b/a Magnum Wine and Tastings; Heath Cordes; Michael Schlueter; Terrence French

      Plaintiffs - Appellants

vs.

Eric Schmitt, Attorney General of Missouri; Keith Hendrickson, Acting Superviosor of the Missouri Div. of Alcohol and Tobacco Control; Michael L. Parson, Governor of Missouri

      Defendants - Appellees

---

## VERIFICATION THAT NO TRANSCRIPT WILL BE ORDERED

I hereby verify that no transcript will be ordered because none is needed for appeal, and that the District Court has been properly notified to that effect, see Docket 48, filed May 2, 2019. No trial or other evidentiary hearings were conducted.

| | |
|---|---|
| Date: May 14, 2019 | s/ James A. Tanford<br>James A. Tanford, of counsel<br>Epstein Cohen Seif & Porter<br>2303 E Woodstock Pl<br>Bloomington IN 47401<br>Email: tanford@indiana.edu<br>Tel: 812-332-4966 |

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2019, I electronically filed the foregoing with the Clerk of the Court for the U.S. Court of Appeals for the Eighth Circuit by using the CM/ECF system.

                                                s/ James A. Tanford
                                                James A. Tanford