United States Court of Appeals
For the Eighth Circuit

No. 19-1948

Sarasota Wine Market, LLC, d/b/a Magnum Wine and Tastings; Heath Cordes; Michael Schlueter; Terrence French

*Plaintiffs - Appellants*

vs.

Eric Schmitt, Attorney General of Missouri; Keith Hendrickson, Acting Superviosor of the Missouri Div. of Alcohol and Tobacco Control; Michael L. Parson, Governor of Missouri

*Defendants - Appellees*

## NOTICE OF METHOD OF APPENDIX PREPARATION

Plaintiffs-Appellants give notice pursuant to Eighth Cir. R. 30A(b)(2) that they have consulted with the attorney for defendants and agreed that they will present a Joint Appendix to be submitted with the Appellants' opening brief.

Date: May 16, 2019        s/ James A. Tanford
                          James A. Tanford, of counsel
                          Epstein Cohen Seif & Porter, LLP
                          2303 E Woodstock Pl
                          Bloomington IN 47401
                          tanford@indiana.edu
                          812-332-4966

1

Robert D. Epstein
Epstein Cohen Seif & Porter, LLP
50 S. Meridian St,. #505
Indianapolis IN 46204
rdepstein@aol.com
317-639-1326

*Attorneys for Plaintiffs-Appellants*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2019, I electronically filed the foregoing with the Clerk of the Court for the U.S. Court of Appeals for the Eighth Circuit by using the CM/ECF system.

s/ James A. Tanford
James A. Tanford