United States Court of Appeals
For the Eighth Circuit

# No. 19-1948

Sarasota Wine Market, LLC, d/b/a Magnum Wine and Tastings; Heath Cordes; Michael Schlueter; Terrence French
   *Plaintiffs - Appellants*

   vs.

Eric Schmitt, Attorney General of Missouri; Keith Hendrickson, Acting Supervisor of the Missouri Div. of Alcohol and Tobacco Control; Michael L. Parson, Governor of Missouri
   *Defendants - Appellees*

On appeal from the U.S. District Court for the Eastern District of Missouri, 4:17-cv-02792 HEA, Hon Henry E. Autry.

## APPELLANTS' DESIGNATION OF RECORD AND STATEMENT OF ISSUES

Come now the appellants, by counsel, and pursuant to the Court's briefing schedule dated May 9, 2019, and submit this designation of record and statement of issues on appeal:

A. The record on appeal consists of district court docket numbers:

   1. Complaint

   36. Amended complaint

   37. Motion to dismiss

1

45. Opinion memorandum and order

46. Order of dismissal

47. Notice of appeal

B. The issues on appeal are:

1. Whether the Amended Complaint sufficiently pleads a claim upon which relief can be granted by alleging that a Missouri law authorizing in-state wine retailers to use common carriers to make home deliveries to consumers, but prohibiting out-of-state retailers from doing so, violates the Commerce Clause, U.S. CONST., ART. I, § 8, because it discriminates against interstate commerce?

2. Whether the Amended Complaint sufficiently pleads a claim upon which relief can be granted by alleging that a Missouri law allowing merchants residing in the state to sell and ship wine to consumers but prohibiting non-resident merchants from doing so, violates the Privileges and Immunities Clause, U.S. CONST., ART. IV, § 2,[1] because it denies nonresidents the privilege of engaging in their occupation in Missouri on terms equivalent to those given to citizens of Missouri?

---

[1] There is a confusingly named Privileges or Immunities Clause in the Fourteenth Amendment which is not at issue.

2

Date: May 20, 2019    Respectfully submitted:

s/ James A. Tanford
James A. Tanford, of counsel
Epstein Cohen Seif & Porter, LLP
2303 E Woodstock Pl
Bloomington IN 47401
tanford@indiana.edu
812-332-4966

Robert D. Epstein
Epstein Cohen Seif & Porter, LLP
50 S. Meridian St,. #505
Indianapolis IN 46204
rdepstein@aol.com
317-639-1326

*Attorneys for Plaintiffs-Appellants*

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2019, I electronically filed the foregoing with the Clerk of the Court for the U.S. Court of Appeals for the Eighth Circuit by using the CM/ECF system.

s/ James A. Tanford
James A. Tanford